# Court of Appeals
# of the State of Georgia

ATLANTA,   June 18, 2013

*The Court of Appeals hereby passes the following order:*

**A13A1912.  DARLENE C. MOORE v. LARRY J. MOORE.**

The magistrate court entered a judgment against defendant Darlene Moore in this dispossessory action.  She appealed to superior court, which granted the plaintiff a writ of possession in an order entered on February 12, 2013.  On February 27, 2013, Moore filed a notice of appeal.  We lack jurisdiction for two reasons.

First, when a superior court order involves a de novo appeal from a magistrate court decision, an appellant is required to follow the discretionary appeal procedure. See OCGA § 5-6-35 (a) (1); *English v. Delbridge*, 216 Ga. App. 366, 367 (454 SE2d 175) (1995).  Accordingly, Moore's notice of direct appeal does not give rise to a valid appeal.  Second, this appeal is untimely.  See OCGA § 44-7-56 (providing that an appeal from any dispossessory judgment – such as the one here – must be filed within seven days of the date the judgment was entered); *Ray M. Wright, Inc. v. Jones*, 239 Ga. App. 521 (521 SE2d 456) (1999).  Here, Moore did not file her notice of appeal until 15 days after the superior court's order was entered.  For these reasons, we lack jurisdiction over this appeal, and it is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* 06/18/2013
  *I certify that the above is a true extract from* the minutes of the Court of Appeals of Georgia.
    *Witness my signature and the seal of said court* hereto affixed the day and year last above written.

, *Clerk.*